Raffi   V.   Zerounianm,   Esq.
HANSON   BRIDGETT   LLP   601   W.
5th St, 3rd Floor
Los Angeles, CA 90071
rzerounian@hansonbridgett.com
Tel. 213-395-7620
Fax 213-395-7615

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. a Delaware corporation                             Plaintiff(s)<br><br>v.<br><br>BHANAA INVESTMENTS INC., a California corporation; et al.<br>                                                         Defendant(s) | **CASE NUMBER:**<br>**8:26-cv-00379-JVS-JDE**<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☑ Summons          ☐ First Amended Complaint      ☐ Third Party Complaint
   ☑ Complaint          ☐ Second Amended Complaint     ☐ Counter Claim
   ☐ Alias Summons      ☐ Third Amended Complaint      ☐ Cross Claim
   ☑ other  **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **Bhanaa Investments Inc.**
   b. ☑ Other *(specify name and title or relationship to the party/business named):*
   **Jigna D. Kumbhani - Agent**
   c. ☑ Address where the papers were served:   **13621 Mica Ave**
                                                **Victorville, CA 923928824**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked):*

   a. ☐ Federal Rules of Civil Procedure

   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☑ By **Substituted Service.** By leaving copies:  **Jane Doe (did not provide Full name)  - Person Authorized to Accept/Employee/Co-Occupant**
   **Age: 51-55          Weight: 121-140 Lbs          Hair: Black          Sex: Female**
   **Height: 5'1 - 5'6     Eyes: Brown                 Race: Middle Eastern/Indian**

      1. ☑ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ **Papers were served on** *(date):* **2/25/2026** at *(time):* **1:44 PM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ **papers were mailed on** Feb 25, 2026 - DECLARATION OF MAILING ATTACHED

      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC**
1635 Broadway
Oakland, CA 94612
Phone: (510) 444-4690   Fax: (510) 444-4529

Continued from Proof of Service

**CLIENT:**   HANSON BRIDGETT LLP

**CLIENT FILE #:**   Choice Hotels International Inc.   **DATE:**   February 25, 2026

**SUBJECT:**   Bhanaa Investments Inc.

**SERVED:**   Jane Doe (did not provide Full name)  - Person Authorized to Accept/Employee/Co-Occupant

Summons; Complaint; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) Counsel are required to furnish and discuss this Notice with their clients; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Pro Hac Vice Application Due; APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE; Certificate of Good Standing (RE: NC STATE BAR); Certificate of Good Standing (RE: The Florida Bar); PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE; Proposed Summons in a Civil Action – Bhanaa Investments; Proposed Summons in a Civil Action – Jigna D. Kumbhani

NATIONWIDE LEGAL

Order#: SF316823/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

**Title of person served:**

**Date and time of service:**  *(date):*  at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

**Oscar Sanchez, Jr.**
**Nationwide Legal, LLC**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**

a. Fee for service: $ .00

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☑ Registered California process server
Registration # :**1948**
County: **San Bernardino**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **February 25, 2026**   _____ **Oscar Sanchez, Jr.** _____      _____
*Type or Print Server's Name*                          *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                                                          PAGE 2

**SF316823**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Raffi V. Zerounianm, Esq.<br>HANSON BRIDGETT LLP<br>601 W. 5th St, 3rd Floor,<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 395-7620 \| FAX NO. (213) 395-7615 \|E-MAIL ADDRESS rzerounian@hansonbridgett.com<br>ATTORNEY FOR (Name):  Plaintiff: Choice Hotels International Inc. | |

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 411 WEST 4TH STREET, ROOM1053

MAILING ADDRESS:

CITY AND ZIP CODE: SANTA ANA, CA 92701

BRANCH NAME:

| | |
|---|---|
| PLAINTIFF/PETITIONER:  CHOICE HOTELS INTERNATIONAL, INC. a Delaware corporation | CASE NUMBER: |
| DEFENDANT/RESPONDENT:  BHANAA INVESTMENTS INC., a California corporation; et al. | 8:26-cv-00379-JVS-JDE |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>Choice Hotels International Inc. |

I, Oscar Sanchez, Jr. , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Bhanaa Investments Inc. as follows:
Documents:

    **See Documents on Attached List**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 2/25/2026 | 1:44 PM | Home | Upon arrival at the given address, a woman with mixed Race either Middle Eastern/Indian, could not speak English, she just heard me that I am looking for Jigna D. Kumbhanit,Per Jane doe called Jigna D Kumbhani through the phone and  she stated shes not home at the moment and I spoke directly on the phone with the subject and telling me that ok to serve or leave the document with her, and I explained & discussed to Jigna that she must be affiliated/assioacted to the company and she did confirmed. I left the doc's to 'Jane Doe' (did not provide the full name), she was described as Mixed Race (Middle Eastern/Indian, 51-55yo, 5'1-5'6, 121-140 lbs., black hair, brown eyes). 13621 Mica Ave,  Victorville, CA 923928824 |
| 2/25/2026 | 1:44 PM | Home | Substituted service on: Bhanaa Investments Inc.; 13621 Mica Ave, Victorville, CA 92392-8824; by serving: Jane Doe (did not provide Full name)  - Person Authorized to Accept/Employee/Co-Occupant, Middle Eastern/India Female 51-55 121-140 Lbs Black 5'1 - 5'6 Brown. |

Fee for Service: **$ .00**

County:  **San Bernardino**

Registration No.:  **1948**
**Nationwide Legal, LLC**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 25, 2026.

Signature:_____

**Oscar Sanchez, Jr.**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: **SF316823**

**Nationwide Legal, LLC**
1635 Broadway
Oakland, CA 94612
Phone: (510) 444-4690   Fax: (510) 444-4529

Continued from Proof of Service

**CLIENT:** HANSON BRIDGETT LLP

**CLIENT FILE #:** Choice Hotels International Inc.          **DATE:** February 25, 2026

**SUBJECT:** Bhanaa Investments Inc.

**SERVED:** Jane Doe (did not provide Full name) - Person Authorized to Accept/Employee/Co-Occupant

Summons; Complaint; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) Counsel are required to furnish and discuss this Notice with their clients; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Pro Hac Vice Application Due; APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE; Certificate of Good Standing (RE: NC STATE BAR); Certificate of Good Standing (RE: The Florida Bar); PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE; Proposed Summons in a Civil Action — Bhanaa Investments; Proposed Summons in a Civil Action — Jigna D. Kumbhani

NATIONWIDE LEGAL

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Raffi V. Zerounianm, Esq.<br>HANSON BRIDGETT LLP<br>601 W. 5th St, 3rd Floor<br>Los Angeles, CA 90071<br>TELEPHONE No.: 213-395-7620 | E-MAIL ADDRESS (Optional): rzerounian@hansonbridgett.com<br>FAX No. (Optional): 213-395-7615 | |

Attorney for: Plaintiff Choice Hotels International Inc.

Ref No. or File No.:
Choice Hotels International Inc.

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Petitioner: CHOICE HOTELS INTERNATIONAL, INC. a Delaware corporation

Respondent: BHANAA INVESTMENTS INC., a California corporation; et al.

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:26-cv-00379-JVS-JDE |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) Counsel are required to furnish and discuss this Notice with their clients; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Pro Hac Vice Application Due; APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE; Certificate of Good Standing (RE: NC STATE BAR); Certificate of Good Standing (RE: The Florida Bar); PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE; Proposed Summons in a Civil Action – Bhanaa Investments; Proposed Summons in a Civil Action – Jigna D. Kumbhani

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at OAKLAND, California, addressed as follows:

a. Date of Mailing: February 25, 2026
b. Place of Mailing: OAKLAND, CA
c. Addressed as follows: Bhanaa Investments Inc.
ATTENTION: Jigna D. Kumbhani - Agent for Service
13621 Mica Ave
Victorville, CA 92392-8824

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at OAKLAND, California in the ordinary course of business.

Fee for Service: $ .00
**Nationwide Legal, LLC REG: 12-234648**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 25, 2026**.

Signature:_____

**Tan Mai**

## PROOF OF SERVICE BY MAIL

Order#: SF316823/mailproof

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Raffi Vaheh Zerounian, Esq. | SBN: 236388<br>HANSON BRIDGETT LLP<br>425 Market Street  26th Fl San Francisco, CA 94105 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (415) 777-3200 | FAX NO. (415) 541-9366 | E-MAIL ADDRESS *(Optional):* rzerounian@hansonbridgett.com<br>ATTORNEY FOR *(Name):* Plaintiff: Choice Hotels International Inc. | |

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 411 WEST 4TH STREET, ROOM1053

CITY AND ZIP CODE: SANTA ANA, CA 92701

BRANCH NAME: SOUTHERN DIVISION

| PLAINTIFF/PETITIONER: CHOICE HOTELS INTERNATIONAL, INC. a Delaware corporation<br>DEFENDANT/RESPONDENT: BHANAA INVESTMENTS INC., a California corporation; et al. | CASE NUMBER:<br>8:26-cv-00379-JVS-JDE |
|---|---|

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>Choice Hotels International Inc. |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA;Notice of Electronic Filing;**

PARTY SERVED: **Bhanaa Investments Inc.**

PERSON SERVED: **Jigna D. Kumbhani, Registered Agent by Serving Jane Doe (Did Not Provide Name) - Authorized to Accept**

DATE & TIME: **3/3/2026
9:26 AM**

ADDRESS: **13621 Mica Ave
Victorville, CA 92392-8824**

PHYSICAL DESCRIPTION: **Age: 56-60    Weight: 141-160 Lbs    Hair: Black
Sex: Female    Height: 5'1 - 5'6    Eyes: Brown
Skin: Other    Marks:**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ .00**
  County: **San Bernardino**
  Registration No.: **1948**
  **Nationwide Legal, LLC Reg: 12-234648**
  **1635 Broadway**
  **Oakland, CA 94612**
  **(510) 444-4690**
  **Ref: Choice Hotels International Inc.**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **March 3, 2026**.

Signature: _____
**Oscar Sanchez, Jr.**

**PROOF OF SERVICE**

Order#: SF316823B/General