HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
JUSTIN P. THIELE, SBN 311787
601 W. 5th Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 395-7620
Facsimile:   (213) 395-7615
rzerounian@hansonbridgett.com
Jthiele@hansonbridgett.com

STOBBS
MATTHEW J. LADENHEIM (admitted *pro hac vice*)
NC Bar No 29309
FL Bar No 1015895
214 W Tremont Ave, Suite 303
Charlotte, NC 28203
Telephone:  (704) 999-0557
Matthew.Ladenheim@iamstobbs.com

*Attorneys for Plaintiff*
CHOICE HOTELS INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BHANAA INVESTMENTS INC., a California corporation and JIGNA D. KUMBHANI, an individual,<br><br>Defendants. | Case No. 8:26-cv-379-JVS-JDE<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BHANAA INVESTMENTS INC.**<br><br>Judge:   Hon. James V. Selna |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Choice Hotels International, Inc. ("Plaintiff" or "Choice Hotels") requests the Clerk enter default against Defendant Bhanaa Investments Inc. ("Bhanaa Investments").

On February 25, 2026, Choice Hotels served Defendant Bhanaa Investments with copies of the complaint and summons, and all related documents in this action, by substituted service upon its business address registered with the California

22870997.1

REQUEST FOR ENTRY OF DEFAULT AGAINST BHANAA INVESTMENTS

Secretary of State and by mailing a copy thereto. (Declaration of Justin Thiele ("Thiele Decl.") ¶ 3; Dkt. No. 17.)

Accordingly, Bhanaa Investments' deadline to respond to the complaint was March 18, 2026. (Thiele Decl. ¶ 4; Fed. R. Civ. P. 12(a)(1)(A)(i).)

Bhanaa Investments has not responded to the Complaint by filing either an answer or a motion permitted by law. (Thiele Decl., ¶ 5.)

Choice Hotels is informed and believes that Bhanaa Investments is neither a minor nor an incompetent person. (Thiele Decl., ¶ 6.)

Accordingly, entry of default by the Clerk against Bhanaa Investments is proper pursuant to Fed. R. Civ. P. 55(a).

DATED:  March 27, 2026                    HANSON BRIDGETT LLP


By:        /s/ Justin Thiele
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
**Attorneys for Plaintiff**
CHOICE HOTELS INTERNATIONAL, INC.

REQUEST FOR ENTRY OF DEFAULT AGAINST BHANAA INVESTMENTS

22870997.1