HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
JUSTIN P. THIELE, SBN 311787
601 W. 5th Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 395-7620
Facsimile:   (213) 395-7615
rzerounian@hansonbridgett.com
Jthiele@hansonbridgett.com

STOBBS
MATTHEW J. LADENHEIM (admitted *pro hac vice*)
NC Bar No 29309
FL Bar No 1015895
214 W Tremont Ave, Suite 303
Charlotte, NC 28203
Telephone:  (704) 999-0557
Matthew.Ladenheim@iamstobbs.com

***Attorneys for Plaintiff***
CHOICE HOTELS INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BHANAA INVESTMENTS INC., a California corporation and JIGNA D. KUMBHANI, an individual,<br><br>Defendants. | Case No. 8:26-cv-379-JVS-JDE<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JIGNA D. KUMBHANI**<br><br>Judge:   Hon. James V. Selna |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Choice Hotels International, Inc. ("Plaintiff" or "Choice Hotels") requests the Clerk enter default against Defendant Jigna D. Kumbhani ("Kumbhani").

On March 3, 2026, Choice Hotels served Defendant Kumbhani with copies of the complaint and summons, and all related documents in this action, by substituted

service upon his home address and by mailing a copy thereto. (Declaration of Justin Thiele ("Thiele Decl.") ¶ 3; Dkt. No. 16.)

Accordingly, Kumbhani's deadline to respond to the complaint was March 24, 2026. (Thiele Decl. ¶ 4; Fed. R. Civ. P. 12(a)(1)(A)(i).)

Kumbhani has not responded to the Complaint by filing either an answer or a motion permitted by law. (Thiele Decl., ¶ 5.)

Choice Hotels is informed and believes that Kumbhani is neither a minor nor an incompetent person. (Thiele Decl., ¶ 6.)

Accordingly, entry of default by the Clerk against Kumbhani is proper pursuant to Fed. R. Civ. P. 55(a).

DATED:  March 27, 2026                    HANSON BRIDGETT LLP


By:      /s/ Justin Thiele
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
**Attorneys for Plaintiff**
CHOICE HOTELS INTERNATIONAL, INC.

REQUEST FOR ENTRY OF DEFAULT AGAINST KUMBHANI

22870985.1